**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Andrew QUIROZ, Defendant–**
**Appellant.**

**No. 06–30588.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 20, 2007.

Paulette L. Stewart, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

J. Mayo Ashley, Esq., Helena, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

James Andrew Quiroz appeals from his 87–month sentence imposed for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Quiroz contends that he should have received a minor role adjustment pursuant to U.S.S.G. § 3B1.2. We disagree. The district court did not clearly err in determining that Quiroz was not a minor participant in the drug distribution scheme because his co-conspirator's statements support the district court's determination. *See United States v. Cantrell,* 433 F.3d 1269, 1282–84 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.